FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAUREN JANE MORRIS, an individual, | |
| Plaintiff, | No. 2:21-CV-00233-SAB |
| v. | |
| JAMES MELLEN, an individual, and | **ORDER DISMISSING CASE** |
| CASEY S. DUNCAN, an individual, | |
| Defendants. | |

Before the Court is the parties' Notice of Voluntary Dismissal of Case, ECF No. 5. The parties stipulate that the above-captioned action should be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation of dismissal and dismisses this case.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned matter is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 14th day of October 2021.

Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING CASE * 1